

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**KENNY ALEXANDRE,**
**Plaintiff,**
vs.
**DISCOVER BANK,**
**Defendant.**

_____/

**CASE NO.: 0:24-cv-60798-AHS**

**KENNY ALEXANDRE'S MOTION TO STRIKE COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL**

Comes now, Plaintiff Kenny Alexandre ("Plaintiff"), pro se, and hereby moves this Honorable Court for an order striking the complaint filed in the above-captioned action and simultaneously provides notice of voluntary dismissal of the entire action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**Grounds for Motion to Strike Complaint:**

1. **Voluntary Dismissal:** Plaintiff respectfully requests the Court to strike the complaint filed in this action based on Plaintiff's simultaneous voluntary dismissal of the entire case without prejudice.

**Notice of Voluntary Dismissal:**

1. **Voluntary Dismissal:** Plaintiff voluntarily dismisses the entire action without prejudice.

**Wherefore, Plaintiff respectfully requests:**

1. That the Court enter an order striking the complaint filed in this action; and
2. That the Court enter an order dismissing the entire action without prejudice.

**Respectfully submitted,**

**KENNY ALEXANDRE**
8321 NW 80 PLACE
Tamarac, FL 33321
stayneutral@yahoo.com
954-588-1006