UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60798-CIV-SINGHAL

KENNY ALEXANDRE,

    Plaintiff,

v.

DISCOVER BANK,

    Defendant.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on the Motion to Strike Complaint and Notice of Voluntary Dismissal filed by Plaintiff (DE [13]).  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 1st day of July 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF